UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

William A. Campbell,

    Petitioner,

        v.                                  Case No. 1:14cv013

Warden, London Correctional
Institution,                             Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on February 18, 2020 (Doc. 89).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 89) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 89) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, the Petition (Doc. 1) is dismissed without prejudice because the state court judgment has been vacated.

**IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                                United States District Court